COMMONWEALTH of Pennsylvania,
Respondent

v.

Nyheim REAVES, Petitioner

No. 497 EAL 2016

Supreme Court of Pennsylvania.

03/16/2017

## ORDER

PER CURIAM

AND NOW, this 16th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

Brian PARNELL, Troy Connelly, Taveren Robinson, Simeon Bozic, Individually and on Behalf of All Other Inmates of the Pennsylvania Department of Corrections Similarly Situated, Appellants

v.

John WETZEL, Secretary of the Pennsylvania Department of Corrections and the Pennsylvania Department of Corrections Corporation, Appellees

No. 28 WAP 2014

Supreme Court of Pennsylvania.

February 11, 2015

## ORDER

PER CURIAM

AND NOW, this 11th day of February, 2015, the Application to Dismiss the Appeal is **GRANTED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Dallas R. VAVRA, Petitioner

No. 272 MAL 2016

Supreme Court of Pennsylvania.

August 30, 2016

## ORDER

PER CURIAM

AND NOW, this 30th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.